IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-cv-00236-BR

Tony Bennett, et al.,            )
                                 )
    Plaintiffs,                  )
                                 )
v.                               )
                                 )
Murphy-Brown LLC,                )
                                 )
    Defendant.                   )
_____  )

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, George Ester Fennell, Administrator of the Estate of Jerry Franklin Fennell, Jr., requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that George Ester Fennell, Administrator of the Estate of Jerry Franklin Fennell, Jr., is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Jerry Franklin Fennell, Jr. the following: "George Ester Fennell, Administrator of the Estate of Jerry Franklin Fennell, Jr.."

So ordered, this the 14 day of January, 2019.

_____
Robert B. Jones, Jr.
United States Magistrate Judge